1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  PINKY PENALOSA AND        )    Case No. EDCV 09-02050
    ELLIOTT PENALOSA,         )    VAP(OPx)
12                            )
                 Plaintiff,   )    **JUDGMENT**
13                            )
        v.                    )
14                            )
    AURORA LOAN SERVICES;     )
15  CTX MORTGAGE; QUALITY     )
    LOAN SERVICE CORP.; AND   )
16  DOES 1 TO 25, INCLUSIVE,

17               Defendants.
    _____
18

19  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

20       Pursuant to the Order filed herewith, IT IS ORDERED

21  AND ADJUDGED that Plaintiff's Complaint is DISMISSED

22  WITHOUT PREJUDICE.  The Court orders that such judgment

23  be entered.

24

25

26  Dated: January 12, 2010        _____
                                   VIRGINIA A. PHILLIPS
27                                 United States District Judge

28